IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRY LESZCZUK,                    )
WILLIAM T. REYNOLDS, and           )  Civil Action
HAROLD S. WEAVER,                  )  No. 03-CV-05766
                                   )
            Plaintiffs             )
                                   )
         vs.                       )
                                   )
LUCENT TECHNOLOGIES, INC.,         )
                                   )
            Defendant              )

            NOW, this 10th day of June, 2005, upon consideration of
Defendant's Motion for Summary Judgment filed March 31, 2005;
upon consideration of Plaintiffs' Response to Defendant's Motion
for Summary Judgment, which response was filed April 22, 2005;
upon consideration of the Reply to Plaintiffs' Response to
Defendant's Motion for Summary Judgment, which reply was filed
April 29, 2005; upon consideration of the briefs of the parties;
and for the reasons contained in the accompanying Memorandum,

            IT IS ORDERED that Defendant's Motion for Summary
Judgment is denied.


            _____        BY THE COURT:



                              /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge